**Order entered December 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01347-CR

**JUAN MANUEL PALLARES-RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. MA13-22517-G**

## ORDER

The Court **REINSTATES** the appeal.

On November 10, 2015, we denied court reporter Trisha Phillips's request for an extension of time to file the reporter's record and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant is indigent; (2) there was some confusion in forwarding appellant's notice of appeal to the appellate court; and (3) appellant is entitled to proceed without payment for the reporter's record.

We **ORDER** court reporter Trisha Phillips to file the complete reporter's record, including all exhibits admitted into evidence, within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Trisha Phillips, official court reporter, County Criminal Court No. 6, and to counsel for all parties.

/s/      ADA BROWN
JUSTICE